Nathaniel TURNER, Jr., Plaintiff—Appellant,

v.

MATTSON, Defendant,

and

B. Kirkham, Co. # 8211 sued in individual & official capacity, Defendant—Appellee.

No. 05–16654.

United States Court of Appeals, Ninth Circuit.

---

3. Cal. Civ.Code § 3294(a).

4. *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244,

**54**

Submitted Nov. 13, 2007 *.

Filed Nov. 19, 2007.

Nathaniel Turner, Jr., Buckeye, AZ, pro se.

Susanna Carballo Pineda, DAG, AGAZ—Office of the Arizona Attorney General, Phoenix, AZ, for Defendant–Appellee.

Before: McKEOWN, TALLMAN and CLIFTON, Circuit Judges.

## MEMORANDUM **

On September 6, 2007, this court issued an order directing appellees to show cause why the district court's summary judgment in this matter should not be summarily reversed and remanded, based on appellee's answering brief, which concedes that the district court erred in granting summary judgment on appellant's excessive force claim because there are material issues of disputed fact relating to the use of force in this matter. The parties have not responded to the September 6, 2007 order.

Upon review of the record and appellees' answering brief, this court hereby summarily reverses the district court's order granting appellees' motion for summary judgment on appellant's excessive force claim. *See United States v. Hooton*, 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record). This

matter is remanded for further proceedings consistent with this disposition.[1]

### REVERSED and REMANDED.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. We acknowledge and thank pro bono counsel for their work on this appeal.